# SCHEDULE C

SCHEDULE "C"
LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-2008      Owner: Ruben Salinas, et al.          Acreage: 0.77

BEING a certain tract of land containing 0.77 of an acre, more or less, of 21.0 acres, more or less, Porcion 80, Starr County, Texas, being more particularly described as follows:

BEING a strip of land located in the southern portion of the parent tract, approximately 60 feet in width and approximately 560 feet in length, encompassing an existing road, which crosses the land of the subject owner, and contains 0.77 of an acre, more or less, as shown on the attached map.

Tract: RGV-RGC-2008

# SCHEDULE D

SCHEDULE "D"



LAND TO BE CONDEMNED

Tract: RGV-RGC-2008
Owner: Ruben Salinas, Jr., et al.
Acreage: 0.77
Starr County, TX
Deed Reference: No deed found

# SCHEDULE E

```
                         SCHEDULE "E"
                         ESTATE TAKEN
```

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto. reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee`s land on the other side of the border barrier; and, the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of accessing condemnee`s lands on the other side.  The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee`s remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

# SCHEDULE G

```
                         SCHEDULE "G"
              NAMES AND ADDRESSES OF INTERESTED PARTIES:
```

Ruben Salinas, Jr., and Norabel G. Salinas (husband and wife)
274 Canales Circle
Roma, Texas 78584

Carmen Pena
Starr County Tax Assessor-Collector
401 N. Britton Avenue, Room 205
Rio Grande City, Texas 78582